Robert Holmes, Individually and as Trustee, etc., and Others, Appellants, v. Saint Joseph Lead Company, a Corporation, and Others, Impleaded with Alexander M. White and Others, Doing Business as a Copartnership, etc., Respondents.— Judgment and order affirmed, with costs, on opinions of Cardozo, J., at Special Term. (Reported in 84 Misc. Rep. 278.) Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

John S. Sills and Others, Appellants, v. The Erie Railroad Company, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.

Matilda Reinert, Appellant, v. Johanna Schmidt, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William W. Farley, as State Commissioner of Excise, Respondent, v. Albert Buttner, Appellant, Impleaded with Another.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Charles N. Pinkney and Another, Appellants.— Judgments affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Vincenza Cacciola, Respondent, v. Illinois Surety Company, Appellant, Impleaded with Eliseo Saggese.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John Cahill, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Clarke, J., dissented.

In the Matter of Agostino H. Montegriffo, Jr., an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Isaac Weill, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.